UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XPO CNW, INC., and XOP LOGISTICS
FREIGHT, INC.,

      Plaintiffs,

v.                                          Case No. 16-CV-10391

R&L CARRIERS, INC., et al.,

      Defendants.
_____/

**ORDER HOLDING MOTIONS IN ABEYANCE AND DIRECTING PLAINTIFFS TO SERVE AND CONFER WITH DEFENDANTS**

      This action was initiated on February 3, 2016 and, one week later, Plaintiffs filed an Ex Parte Motion for Expedited Discovery and a Motion for a Preliminary Injunction. Plaintiffs seek discovery in advance of the preliminary injunction hearing. Having reviewed the briefs, the court will hold both motions in abeyance until Plaintiffs effectuate service on Defendants and meet and confer with counsel regarding the substance of the motions.  Accordingly,

      IT IS ORDERED that the two pending motions are HELD IN ABEYANCE pending service of Defendants.

      IT IS FURTHER ORDERED that Plaintiffs are instructed to diligently attempt to serve Defendants with all the pleadings and motions in this case, along with this order, forthwith. After service is effectuated, and counsel is identified, Plaintiffs are directed to contact the court to schedule an immediate status conference to discuss the logistics and expedited briefing schedule of the two pending motions. In the event Plaintiffs encounter any difficulty serving Defendants or communicating with defense counsel,

Plaintiffs shall contact the court's case manager, who will schedule an ex parte telephone conference, on the record.  The court will inquire as to the efforts made to serve Defendants and determine the next appropriate step.

  S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2016, by electronic and/or ordinary mail.

  S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522