UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XPO CNW, INC., et al.,

    Plaintiffs,

  v.                                          Case No. 16-10391

R+L CARRIERS, INC. et al.,

    Defendants.

_____/

## ORDER EXTENDING SCHEDULING ORDER

At an in-person, off-the-record status conference held on March 8, 2017, the parties indicated that ongoing discovery disputes had rendered deadlines set in the scheduling order (Dkt. # 60) impractical. The court asked the parties to jointly propose new dates for the remaining deadlines. The parties have jointly submitted the following by emails to the court sent on March 10 and on March 24, to which the court has added final pretrial and trailing docket dates:

| Deadline | Date |
| --- | --- |
| Motions to Add Indispensable Party | June 30, 2017 |
| Plaintiffs' Expert Report | August 4, 2017 |
| Final Witness List | August 17, 2017 |
| Defendants' Expert Report | September 4, 2017 |
| Close of Discovery | October 2, 2017 |
| Dispositive Motions | November 10, 2017 |
| Motions Challenging Experts | November 10, 2017 |
| Motions in Limine | February 9, 2018 |
| Jointly agreed Jury Instructions | February 9, 2018 |
| Joint Pretrial Statement | February 9, 2018 |
| Final Pretrial Conference | March 5, 2018 at 2:30 pm |
| Trial | April 9, 2018 at 9:00 am |

During the March 8 conference, the parties agreed to suspend the 30-day time period for Plaintiffs to respond to certain pending requests for admission while the parties discussed possible means by which to simplify or otherwise resolve the requests. The court memorialized this agreement in a March 9, 2017 text-only order. The court has been informed through a March 28, 2017 phone call to chambers that the parties have been unable to agree, and have asked the court to restart the clock. Accordingly, the court will lift the suspension and direct Plaintiffs to respond to the requests for admission.

IT IS ORDERED that the scheduling order is EXTENDED to reflect the dates set out above.

IT IS FURTHER ORDERED that the suspension of time for Plaintiff to respond to the pending requests for admission under Federal Rule of Civil Procedure 36(a)(3) is LIFTED. The deadline for Plaintiff to respond is EXTENDED. Plaintiff is DIRECTED to respond to the requests for admission within 30 days of the entry of this order.

                                        s/Robert H. Cleland           /
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: March 28, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 28, 2017, by electronic and/or ordinary mail.

                                        s/Lisa Wagner               /
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522