**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

XPO CNW, INC._, et al._,

    Plaintiffs,

  v.                                                    Case No. 16-10391

R+L CARRIERS, INC. et al.,

    Defendants.

_____/

## ORDER SETTING HEARING ON MOTIONS TO COMPEL

Presently pending are two motions to compel, both filed by Plaintiffs. (Dkt. ## 50, 63.) A hearing on the motions is presently scheduled for May 18, 2017. A schedule conflict has arisen, not the first. The court tries to accommodate counsels' schedules as a courtesy, and has scheduled and rescheduled this matter trying to accommodate both counsel. Repeated attempts to find a hearing date that perfectly suits all attorneys has been unsuccessful. Further, at counsels' request there has been one extension already of the overall scheduling order (Dkt. # 73).

The court is not inclined to further delay the hearing on the pending motions. Accordingly,

IT IS ORDERED that the motion hearing on Plaintiff's motions to compel (Dkt. ## 50, 63) is RESCHEDULED. The parties are ORDERED to appear at the Federal Building and United States Courthouse, 526 Water Street, Port Huron, Michigan, on **Tuesday, May 30, 2017, at 2:00 p.m.**

s/Robert H. Cleland                    /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE
Dated: April 17, 2017


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2017, by electronic and/or ordinary mail.

                                              s/Lisa Wagner                          /
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522

S:\Cleland\Judge's Desk\C1 ORDERS\16-10391.XPO